**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 08-04312 JW**          **Nakash v. Nvidia Corporation**

**C 08-04332 JF**           **Inicom Networks, Inc. V. Nividia Corporation et al**

      **I find that the above case is related to the case assigned to me. _____**

**C 08-04393 RS**          **Meisel v. Apple Computer, Inc.**

      **I find that the above case is related to the case assigned to me. _____**

**C 08-04596 RS**          **Feinstein v. NVIDIA Corporation**

      **I find that the above case is related to the case assigned to me. ___JW_____**

**C 08-05082 HRL**          **Cormier v. Nvidia Corporation**

      **I find that the above case is related to the case assigned to me. _____**

**C 08-05179 HRL**          **National Business Offices Association, Inc v. Nividia Corporation et al**

      **I find that the above case is related to the case assigned to me. _____**

**ORDER**

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.

Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:__11/25/2008___          _____/s/ James Ware_____
                                        Judge James Ware

## CLERK'S NOTICE

**The court has reviewed the motion and determined that following cases are not related to C 08-04312 JW Nakash v. Nvidia Corporation and no reassignments shall occur:**

| | |
|---|---|
| **C 08-04332 JF** | **Inicom Networks, Inc. V. Nividia Corporation et al** |
| **C 08-04393 RS** | **Meisel v. Apple Computer, Inc.** |
| **C 08-05082 HRL** | **Cormier v. Nvidia Corporation** |
| **C 08-05179 HRL** | **National Business Offices Association, Inc v. Nividia Corporation et al** |

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:   December 3, 2008**        **By:** *Elizabeth C. Garcia*
                                     **Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____ (date)